MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Tel: (510) 637-6380
Fax: (510 637-3724
E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BRYAN C. WAGNER, <br> Defendant. | CR 07-00016 DLJ <br><br> STIPULATION AND [] <br> ORDER CONTINUING STATUS <br> CONFERENCE. |

The defendant, Bryan Wagner, and the government together respectfully stipulate as follows:

1. A status conference is currently scheduled in this matter on April 19, 2012, at 9:00 a.m.;

2. The defendant entered his pleas of guilty to conspiracy to commit (a) Aggravated Identity Theft; (b) Wire Fraud; ( c ) Unauthorized Computer Access To Information; (d) Falsely Represent An Assigned Social Security Number; and (e) Disclose and Use a Social Security Number , in violation of 18 U.S.C. § 371; and Aggravated Identity Theft and Aiding and Abetting, in violation of 18 U.S.C. §§ 1028A and 2. The guilty pleas were entered on January 12, 2007;

3. New counsel for defendant was appointed on February 21, 2012, and new counsel for the United States appeared by filing a notice of substitution on April 13, 2012. New counsel

STIPULATION AND
[] ORDER

1      for the United States is not available for the previously-set April 19, 2012, status
2      conference and counsel for both parties will be in trial preparation or trial in other matters
3      for the following three weeks.
4  Accordingly, the parties together request a continuance of the status conference to enable
5  both new counsel to review the records and discuss the case. The parties therefore request that
6  the Court set the matter a status conference on May 17, 2012, at 9:00 a.m.
7  IT IS SO STIPULATED.

9  Dated: April 16, 2012         /s/
                                              CYNTHIA LIE
10                                               Counsel for Defendant

12 Dated: April 16, 2012         MELINDA HAAG
                                              United States Attorney

15                                               /s/
                                              MICHELLE J. KANE
                                              Assistant United States Attorney

18                                     ORDER

19 The Court grants the continuance and sets a status conference in this matter for May 17,
20 2012, at 9:00 a.m.
21 IT IS SO ORDERED.

23 Dated: _____, 2012
                                              D. LOWELL JENSEN
24                                               United States District Judge

STIPULATION AND
[] ORDER                               2